United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES NEWMAN,

    Petitioner,

 vs.

M. CASTELLAWS, Warden

    Respondent.

No. C 06-03109 JW (PR)

ORDER OF DISMISSAL

(Docket No. 3)

Petitioner, a California state prisoner currently incarcerated at the Corcoran State Prison, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks to proceed in forma pauperis under 28 U.S.C. § 1915.

Petitioner challenges the prison disciplinary hearing on or about October 10, 2004, finding him guilty of "falsification of records or documents not affecting term of imprisonment" as stated in the Rules Violation Report ("RVR"). (Pet. Ex. C at 1.) According to the RVR, petitioner was not assessed forfeiture of time credits because time constraints were exceeded. Petitioner's only prayer for relief is that

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.06\Newman03109_dismissal.wpd

the RVR be reversed and expunged from his record.

Since petitioner is challenging the conditions of his confinement, the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983.  The Ninth Circuit has made clear that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge will not necessarily shorten the prisoner's sentence.  See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).  Moreover, requests to expunge records are traditionally brought as civil rights claims.  See, e.g., Paul v. Davis, 424 U.S. 693, 711- 714 (1976); Reyes v. Supervisor of DEA, et al., 834 F. 2d 1093, 1097 (1st Cir. 1987) (no due process claim for false information maintained by police department); Pruett v. Levi, 622 F.2d 256, 258 (6th Cir. 1980) (mere existence of inaccuracy in FBI criminals files does not state constitutional claim).

## CONCLUSION

For the foregoing reasons, the petition for a writ of habeas corpus is DISMISSED without prejudice.  No fee is due.

The clerk shall terminate Docket No. 3 as moot.

DATED:  June 19 2007

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.06\Newman03109_dismissal.wpd           2